ments, with leave to the plaintiff to serve an amended complaint with respect to the second cause of action within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Finch and Proskauer, JJ., dissent as to the first cause of action.

DELAWARE DISTRIBUTING COMPANY, Respondent, v. PETER MARTORI, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

DMYTRO CHAIKA, Respondent, v. CORNELIUS VANDENBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLOTTE FINKELSTEIN, an Infant, etc., Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HYMAN FINKELSTEIN, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES B. INZIRILLI, Appellant, v. FLAMIN LACCHIA and Others, Defendants, Impleaded with DAVID BOBROWSKY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within ten days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNIE RINZLER, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATHAN STERNBACH and Others, Respondents, v. CHATHAM-PHENIX NATIONAL BANK AND TRUST COMPANY, Defendant, Impleaded with J. E. DAVIDSON'S SON Co., INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HEALTH PRODUCTS CORPORATION, Appellant, v. JOSEPH MUSKIN, Respondent, Impleaded, etc.— Order modified by including therein an injunction against the defendant Joseph Muskin from using any box or carton bearing the device of an oval superimposed upon a background of dots, and from using any box or carton substantially imitating the box or carton used by plaintiff, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHILDS COMPANY v. NORMAN L. STONE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on or before the 10th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL ROSENBLUM v. CALOGERO PRESTIGIACOMO and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before the 20th day of April, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

AMERICAN TRUST COMPANY v. SAMUEL BRILL, Impleaded, etc.— Motion denied,